AW (Rev. EDNY 1996) Warrant for Arrest

CP:PEN:ljm

_____ EASTERN _____ DISTRICT OF _____ NEW YORK _____

UNITED STATES OF AMERICA

V.

LEONID ARONOV,

   Defendant.

**WARRANT FOR ARREST**

CASE NUMBER:

**M-08-154**

TO: The United States Marshal
and any Authorized United States Officer
and/or any Federal Bureau of Investigation Officer

YOU ARE HEREBY COMMANDED to arrest _____ LEONID ARONOV _____

                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [XX] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him with (brief description of offense)

  knowingly and intentionally receiving and possessing goods and chattels, which had been stolen, unlawfully taken and carried away from an airport, to wit: John F. Kennedy International Airport (JFK) American Airlines cargo facility, which is located within JFK Building 123, and were moving as and which were a part of a foreign shipment of freight and property, to wit: Nikon lenses and accessories

in violation of Title 18 United States Code, Section(s) 659, 2 and 3551 et seq.

Robert M. Levy, USMJ
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

2/13/08   BROOKLYN, NEW YORK
Date and Location

Bail fixed at $ _____ By UNITED STATES MAGISTRATE JUDGE _____

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above name defendant at _____ JFK AIRPORT |

| DATE RECEIVED 2/13/08 | NAME AND TITLE OF ARRESTING OFFICER: JOHN J. MCKEEVER SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/14/08 | | |

AW (Rev.EDNY 1996) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: LEONID ARONIV

ALIAS: LENNY

LAST KNOWN RESIDENCE: 200 WINSTIN DR #2611

LAST KNOWN EMPLOYMENT: WORLD OF LUXURY

PLACE OF BIRTH: UKRAINE

DATE OF BIRTH: 16

SOCIAL SECURITY NU

HEIGHT: 6'3    WEIGHT: 200

SEX: MALE    RACE: W

HAIR: ___    EYES: BLUE

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: N/A

FBI NUMBER: N/A

COMPLETE DESCRIPTION OF AUTO: N/A

INVESTIGATIVE AGENCY AND ADDRESS: FBI
80-02 KEW GARDENS RD,
KEW GARDENS, NY 11430